# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No. CR-20-121 |
| ) | |
| **RONALD J. McCORD,** ) | |
| ) | |
| **Defendant.** ) | |

## SEALING ORDER

NOW on this 16th day of March 2021, the above-styled and numbered cause comes before this Court upon the Motion (Doc. No. 21) of Robert J. Troester, Acting United States Attorney for the Western District of Oklahoma, and Julia E. Barry, Assistant United States Attorney, that the United States' Pre-Trial Motions in the above-numbered cause be filed under seal in this Court pursuant to an Order under Local Criminal Rule 12.2.

The Court finds that the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the in the above-captioned case be filed in the Office of the Clerk of this Court under seal, together with this instant Sealing Order, and Motion to Seal, so as not to become matters of public record in this Court, until further order of the Court.

IT IS SO ORDERED this 16th day of March 2021.

_____
ROBIN J. CAUTHRON
United States District Judge

APPROVED AS TO FORM:

ROBERT J. TROESTER
Acting United States Attorney


s/*Julia E. Barry*
Assistant U.S. Attorney
CA Bar No.  268151
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8753(Office)
(405) 553-8888 (Fax)
Julia.barry@usdoj.gov