IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CR-20-121-C |
| ) | |
| RONALD J. McCORD, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Plaintiff has filed a pre-trial motion seeking various rulings from the Court directing Defendant and/or his counsel to comply with obligations set out by statute or rule relating to discovery or conduct at trial. Plaintiff also requests the Court to enjoin Defendant from certain conduct it alleges is fraudulent. Plaintiff's Motion will be denied. The Motion seeks relief that is premature, or for which Defendant's obligation is clear absent any Order from this Court. As for the requested injunction, Plaintiff has failed to demonstrate any legal authority entitling it to the relief sought.

Accordingly, Plaintiff's Pre-Trial Motions (Dkt. No. 24) is DENIED.

IT IS SO ORDERED this 20th day of April, 2021.

ROBIN J. CAUTHRON
United States District Judge