# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. 20-CR-121-C |
| | ) | |
| **RONALD J. McCORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF FORFEITURE
## AND IMPOSITION OF FORFEITURE JUDGMENT

On May 10, 2021, Defendant Ronald J. McCord entered a plea agreement with the United States in which he agreed to forfeit to the United States voluntarily and immediately all of his right, title, and interest to any and all assets that are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1) and (a)(2), and 28 U.S.C. § 2461(c). Counts 2, 7, 8, 9, and 10 of the Indictment filed June 3, 2020, seek a forfeiture money judgment in the amount of the proceeds of the alleged bank fraud, making a false statement to a financial institution, and money laundering. The Court will therefore enter a personal forfeiture money judgment against the Defendant in the amount of $28,860,000.00. Pursuant to Federal Rules of Criminal Procedure 32.2(b)(2) and 32.2(c)(1), no ancillary proceeding is required.

Pursuant to Federal Rule of Criminal Procedure 32.2, 18 U.S.C. § 981(a)(1) and (a)(2), and 28 U.S.C. § 2461(c), judgment is hereby entered against Defendant Ronald J. McCord and in favor of the United States in the amount of $28,860,000.00.

Pursuant to Federal Rule of Criminal Procedure 32.2, the sum of $28,860,000.00 is hereby condemned and forfeited to the United States of America, and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to law.

This Court shall retain jurisdiction in the case for the purpose of enforcing this Order. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to apply to property having a value not to exceed $28,860,000.00 to satisfy the money judgment in whole or in part.

This judgment against the Defendant shall be recorded in the records of the County Clerk's Office in the county of the Defendant's residence and any and all other counties in which the Defendant has either real or personal property as a lien thereon in the amount of $28,860,000.00 until paid in full, as determined by the United States. Upon payment of the judgment in full, the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Clerk of the County in which any transcript or abstract of the judgment has been filed.

This order is in continuing and full effect until payment of the amount specified above is made in full.

**IT IS SO ORDERED** this 8th day of July, 2021.

ROBIN J. CAUTHRON
United States District Judge